PROB 12C
(6/16)

Report Date: October 21, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Celso Rivera | Case Number: 0980 4:19CR06030-SAB-1 |
| Address of Offender: , Pasco, WA 99301 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 2, 2020

Original Offense:    Felon in possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael D. Murphy | Date Supervision Commenced: January 26, 2021 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: April 16, 2024 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Celso Rivera is considered to be in violation of his period of supervised release by failing to report to his supervising probation officer as instructed on October 14, 2021.

On January 26, 2021, Mr. Rivera released from the custody of the Bureau of Prisons to an outstanding bench warrant in Tulare, California, for a drive by shooting. Mr. Rivera was released to his sister's residence pending sentencing on the matter.

On April 22, 2021, Mr. Rivera's conditions of supervised release were reviewed with him via telephone. The offender acknowledged he understood that he was to report to his supervising probation officer as instructed.

Mr. Rivera's state attorney in Tulare filed a motion to dismiss the drive by shooting allegations as they felt Mr. Rivera had not been served paperwork in a timely manor while he was in federal custody. The matter was continued until November 9, 2021. As Mr.

Rivera was no longer residing with his sister, and a request for Mr. Rivera to remain in Tulare was denied, the offender was directed to return to the Eastern District of Washington.

Mr. Rivera reported to the Richland probation office on October 7, 2021, and advised he was residing at the Sage & Sun Motel in Pasco, Washington. He was directed to report back on October 14, 2021. Mr. Rivera failed to report as directed. Telephone calls were attempted and voice messages were left, but Mr. Rivera failed to respond.

2      **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with) you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** Mr. Rivera is considered to be in violation of his period of supervised release by failing to advise of a change in his living arrangements.

On April 22, 2021, Mr. Rivera's conditions of supervised release were reviewed with him via telephone. He acknowledged he understood he was to keep his supervising probation officer advised of any changes in his residence.

As noted above, Mr. Rivera has failed to contact the undersigned officer since October 7, 2021. Personal contact was made with the Sage & Sun Motel in Pasco, on October 20, 2021, and management confirmed Mr. Rivera is not staying at the hotel. At this time Mr. Rivera's whereabouts is unknown.

3      **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Celso Rivera is considered to be in violation of his period of supervised release by using controlled substances, marijuana, heroin, cocaine, and methamphetamine on or prior to September 17, 2021.

On April 22, 2021, Mr. Rivera's conditions of supervised release were reviewed with him by telephone. He acknowledged he understood he was to abstain from using illegal controlled substances.

On September 22, 2021, Mr. Rivera reported to the probation office in Richland, and signed an admission/denial form stating he used marijuana, heroin, cocaine, and methamphetamine on or prior to September 17, 2021.

4      **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to

Prob12C
**Re: Rivera, Celso**
**October 21, 2021**
**Page 3**

your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Celso Rivera is considered to be in violation of his period of supervised release by failing to complete his substance abuse assessment with Merit Resource Services (Merit) on October 18, 2021.

On April 22, 2021, Mr. Rivera's conditions of supervised release were reviewed with him by telephone. He acknowledged he understood he was to undergo a substance abuse evaluation and successfully complete any assessed treatment.

On September 27, 2021, Mr. Rivera signed his Treatment Services Contract Program Plan stating he understood he needed to contact Merit, for a chemical dependancy assessment. Mr. Rivera agreed to then follow any assessed chemical dependancy needs.

On October 12, 2021, Mr. Rivera completed the initial interview for chemical dependancy treatment with Merit. He was directed to return to Merit, on October 18, 2021, to complete the assessment with his assigned counselor. Mr. Rivera failed to report on October 18, 2021, to finalize his assessment. Mr. Rivera has not contacted Merit since his initial interview on October 12, 2021.

5   **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Celso Rivera is considered to be in violation of his period of supervised release by failing to report for random drug testing on October 18, 2021.

On April 22, 2021, Mr. Rivera's conditions of supervised release were reviewed with him by telephone. He acknowledged he understood he was to report for random drug testing as directed by his supervising officer.

On September 27, 2021, Mr. Rivera signed his Treatment Services Contract Program Plan stating he understood he was to call Merit, Monday through Friday, and report for drug testing when the color brown was noted. He was also notified Merit was open to obtain tests from 7 a.m. to 7 p.m. on those days.

On October 18, 2021, the color brown was listed. Mr. Rivera did not report to Merit as directed to complete a random drug test.

Prob12C
Re: Rivera, Celso
October 21, 2021
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/22/2021

Date